**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>    vs.<br><br>PROXY PUPPET INC., a Washington Corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 23-263-DMG (MARx)<br><br>**DEFAULT JUDGMENT** |

The Court, having granted Plaintiff's Motion for Default Judgment against Defendant The Proxy Puppet Inc.,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff in the amount of **$309,600** against Defendant.

IT IS FURTHER ORDERED that Defendant, its officers, agents, servants and employees, and any persons in active concert or participation with them, are permanently restrained and enjoined from infringing upon Plaintiff's federally registered trademarks, including but not limited to the marks attached hereto as Exhibit A (the "Chrome Hearts Marks"), either directly or contributorily in any manner, including:

      (a) Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling products which bear the Chrome Hearts Marks, or any marks/designs identical, substantially similar, and/or confusingly similar thereto;

      (b) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing, or disposing of in any manner items falsely bearing the Chrome Hearts Marks, or any reproduction, counterfeit, copy or colorable imitation thereof;

      (c) Using the Chrome Hearts Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

      (d) Passing off, inducing or enabling others to sell or pass off any product or other items that are not Chrome Hearts' genuine merchandise as genuine Chrome Hearts merchandise;

      (e) Committing any other acts which falsely represent or which has the effect of falsely representing that the goods and services of Defendants are licensed, authorized, offered, produced, or sponsored by, or are in any other way associated with Chrome Hearts; and

      (f) Assisting, aiding, or attempting to assist or aid any other person or entity in infringing any Chrome Hearts Marks or performing any of the prohibited activities referred to in paragraphs (a) to (e) above.

**IT IS SO ORDERED.**

DATED:  May 12, 2023

                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| "CH Cross" | 3,731,397 | 12/29/2009 | 009: Eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases |
| "CH Scroll" | 4,658,582 | 12/23/2014 | 009: Phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases, and laptop cases. |
| "CH Plus" | 3,731,400 | 12/29/2009 | 009: Eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases |
| "Cemetery Patch" | 4,616,169 | 10/07/2014 | 009: Eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases |

3

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| "CH Horseshoe Plus" | 4,648,016 | 12/2/2014 | 009: Phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases, and laptop cases. |
| CHROME HEARTS "CH Old English Mark" | 5,186,592 | 4/18/2017 | 009: Eyewear, namely, eyeglasses, sunglasses, their parts and cases; Phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases; Pre-recorded CDs and DVDs in the field of music |
| "Cemetery Design" | 3,385,415<br><br>3,385,416 | 2/19/2008<br><br>2/19/2008 | 014<br><br>025 |